MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JENNIFER A. TOLKOFF (CABN 287945)
Assistant United States Attorney
    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    email: Jennifer.Tolkoff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-00127 JSW |
|---|---|
| Plaintiff, | ) **NOTICE REGARDING AGREEMENT** |
| v. | ) |
| DEANDRE LAMAR WASH, | ) |
| Defendant. | ) |

The government believes the parties have reached a resolution in this case. Defense counsel is unable to meet with defendant, Deandre Wash, to confirm agreement due to the parade, but believes defendant will accept the proposed plea agreement based on former conversations. The parties will

//
//
//
//
//
//

NOTICE REGARDING AGREEMENT
CASE NO. CR 14-00127 JSW

1 | confirm that a resolution has been reached on Monday, June 22, 2015.

2 | DATED:  June 19, 2015                              Respectfully submitted,

MELINDA HAAG
United States Attorney

                    /s/
JENNIFER A. TOLKOFF
Special Assistant United States Attorney

NOTICE REGARDING AGREEMENT
CASE NO. CR 14-00127 JSW